UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Andriana Esparza

Debtor(s)

Case No. 14-22909

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/19/2014.

2) The plan was confirmed on 09/25/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/25/2015, 04/27/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 12/07/2017.

6) Number of months from filing to last payment: 41.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $25,284.00 |
| Less amount refunded to debtor | $607.98 |

**NET RECEIPTS:** $24,676.02

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,070.28 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,070.28

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BALLY TOTAL FITNESS | Unsecured | 882.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 1,075.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 516.00 | 526.28 | 526.28 | 25.10 | 0.00 |
| CARDINAL FITNESS | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I | Unsecured | NA | 134.19 | 134.19 | 0.00 | 0.00 |
| CCS/FIRST NATIONAL BANK | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH INC | Unsecured | 347.00 | 346.50 | 346.50 | 16.53 | 0.00 |
| CHLD/CBNA | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| CIT BANK | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 704.00 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MA( | Unsecured | 1,406.00 | 1,470.12 | 1,470.12 | 70.12 | 0.00 |
| FIA CARD SVC NA | Unsecured | 914.00 | 835.21 | 835.21 | 39.84 | 0.00 |
| FNB OMAHA | Unsecured | 1,036.00 | NA | NA | 0.00 | 0.00 |
| GOVERNORS STATE UNIVERSITY | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 8,286.00 | 6,905.75 | 6,905.75 | 6,905.75 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,333.00 | 1,333.00 | 63.58 | 0.00 |
| KOHLS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 761.10 | 761.10 | 36.31 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 725.27 | 725.27 | 34.59 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 534.26 | 534.26 | 25.48 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 612.46 | 612.46 | 29.21 | 0.00 |
| LVNV FUNDING | Unsecured | 759.00 | 678.88 | 678.88 | 32.38 | 0.00 |
| LVNV FUNDING | Unsecured | 475.00 | 485.56 | 485.56 | 23.16 | 0.00 |
| METRA - NICR | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 224.00 | 264.74 | 264.74 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,168.00 | 1,168.86 | 1,168.86 | 55.75 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 381.00 | 381.51 | 381.51 | 18.20 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 545.00 | 545.11 | 545.11 | 26.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 458.00 | 458.18 | 458.18 | 21.85 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 561.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 14-22909   Doc 57   Filed 12/27/17   Entered 12/27/17 10:03:31   Desc Main
                    Document      Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRONGER SMITH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 813.00 | 865.77 | 865.77 | 41.30 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 637.00 | 685.98 | 685.98 | 32.72 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 475.00 | 520.30 | 520.30 | 24.81 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 374.00 | 417.57 | 417.57 | 19.92 | 0.00 |
| ROBERT MORRIS COLLEGE | Unsecured | 949.00 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA | Unsecured | 902.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 873.00 | NA | 1,298.06 | 61.92 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 9,265.00 | 10,563.06 | 9,265.00 | 9,265.00 | 448.34 |
| TARGET | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 277.00 | 318.42 | 318.42 | 15.19 | 0.00 |
| TITLE LENDERS INC | Secured | 2,195.00 | 2,173.36 | 2,173.36 | 2,173.36 | 99.33 |
| US DEPT OF ED GREAT LAKES | Unsecured | 153,794.00 | 165,674.03 | 0.00 | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/EXPRESS | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,438.36 | $11,438.36 | $547.67 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,438.36** | **$11,438.36** | **$547.67** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,905.75 | $6,905.75 | $0.00 |
| **TOTAL PRIORITY:** | **$6,905.75** | **$6,905.75** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$15,367.33** | **$713.96** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,070.28 |
| Disbursements to Creditors | $19,605.74 |
| **TOTAL DISBURSEMENTS :** | **$24,676.02** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/27/2017                             By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**